WILKINSON, Circuit Judge,
dissenting:
I would affirm the judgment based on the reasoning given by the district court, United States v. Beason, No. 1:10CR105, 2011 WL 399839 (ND.W.Va. Feb. 1, 2011), and the Third Circuit in United States v. Blake, 288 Fed.Appx. 791 (3d Cir.2008). The practical effect of this whole matter, however, is limited. As the majority notes, Congress has since “amended the statute at hand [to] specifically make[] possession of a cell phone by federal inmates illegal.” Ante at 934 (citing Pub.L. No. 111-225, § 2, 124 Stat. 2387 (codified at 18 U.S.C. § 1791)).